STUART BARASCH, ESQ.
California Bar #74108
925 W. 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel. (800) 445-2930
Fax (213) 621-2536

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| MARIA ORTIZ-ARREOLA,<br><br>         Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>         Defendant. | Civil No.1:09-CV-00702-BAK<br><br>ORDER |

Pending before the court is the parties Stipulation for Extension of Time for Plaintiff to Prepare and File Her Opening Brief.  IT IS HEREBY ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that Plaintiff should have until February 16, 2010, to prepare and file her Opening Brief.

IT IS SO ORDERED.

Dated:   **December 21, 2009**              **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE