1  STUART BARASCH, ESQ.
   California Bar #74108
2  925 W. 41st Street, Suite 102
   Miami Beach, FL 33140-3337
3  Tel. (800) 445-2930
   Fax (213) 621-2536
4
   Attorney for Plaintiff
5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         FRESNO DIVISION

11

12   MARIA ORTIZ-ARREOLA,                 Civil No.1:09-CV-00702-JLT

13                  Plaintiff,
                                          ORDER
14   v.

15   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
16
                   Defendant.
17

18

19        Pending before the court is the parties Second Stipulation for Extension of Time for

20   Plaintiff to Prepare and File Her Opening Brief.  The stipulated request for the Second

21   Exteniosn of Time is GRANTED.  Plaintiff's Opening Brief must be filed no later than

22   March 3, 2010.

23        No further extensions will be granted without a showing of good cause and only upon

24   written motion.

25

26   IT IS SO ORDERED.

27   Date: February 10, 2010                    /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE
28