1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11   MARIA ORTIZ-ARREOLA,              )   Case No.: 1:09-CV-00702-JLT
                                       )
12              Plaintiff,             )   ORDER REQUIRING DEFENDANT TO FILE
                                       )   RESPONSE TO PLAINTIFF'S MOTION FOR
13        v.                           )   ATTORNEY FEES AND COSTS UNDER THE
                                       )   EQUAL ACCESS TO JUSTICE ACT, 24 U.S.C.
14   MICHAEL J. ASTRUE,                )   § 2412(d)
     Commissioner of Social            )
15   Security,                         )   (Doc. 22)
                     Defendant.        )
16   _____  )

17

18        On October 20, 2010, Plaintiff filed a Motion for Attorney Fees and Costs pursuant to the

19   Equal Access to Justice Act, 28 U.S.C. § 2412(d).  (Doc. 22).  Plaintiff's counsel states that he

20   attempted to contact Defendant's counsel by email to settle this matter but Plaintiff's counsel

21   failed to respond.

22        Accordingly, IT IS HEREBY ORDERED that Defendant shall have until Friday,

23   November 19, 2010, to file a response to the Motion to for Attorney Fees and Costs.

24

25   IT IS SO ORDERED.

26   Dated:  **November 9, 2010**              _____**/s/ Jennifer L. Thurston**_____
                                               UNITED STATES MAGISTRATE JUDGE
27

28

                                          1