1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MARIA ORTIZ-ARREOLA,                    Civil No.1:09-CV-00702-BAK

12                      Plaintiff,

13   v.                                      ORDER GRANTING EXTENSION OF
                                             TIME
14   MICHAEL J. ASTRUE,                      (Doc. 26)
     Commissioner of Social Security,
15

16                      Defendant.

17

18          Pending before the court is the parties' Stipulation for Extension of Time for Plaintiff

19   to Prepare and File Her Reply Brief on Defendant's Memorandum in Opposition to

20   Plaintiff's Motion for an Award of Attorney's Fees.  (Doc. 26) IT IS HEREBY ORDERED

21   that said motion is GRANTED.  Plaintiff's Reply Brief must be filed no later than January 2,

22   2011.

23   IT IS SO ORDERED.

24   Dated:   **December 3, 2010**              **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27

28